UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GUTIERREZ,<br><br>        Petitioner,<br><br>   v.<br><br>DAVE DAVEY, Acting Warden,<br><br>        Respondent. | Case No. 14-cv-03767-YGR  (PR)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

GOOD CAUSE being shown, the Court hereby grants Respondent's request for an extension of time up to and including **April 3, 2015**, in which to file and serve an Answer to the petition for a writ of habeas corpus. Petitioner shall file a Traverse no later than **sixty (60) days** of his receipt of the Answer. Should Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days** after the date Petitioner is served with Respondent's Answer.

This Order terminates Docket No. 10.

IT IS SO ORDERED.

Dated: February 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge