UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GUTIERREZ,<br><br>        Petitioner,<br><br>   v.<br><br>DAVE DAVEY, Acting Warden,<br><br>        Respondents. | Case No. 14-cv-03767-YGR (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

Petitioner, a state prisoner, filed a *pro se* petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner has not filed a traverse, which was due on April 27, 2015. Petitioner now moves for a twenty-one-day extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **May 18, 2015**.

This Order terminates Docket No. 15.

IT IS SO ORDERED.

Dated: April 30, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge