UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO GUTIERREZ, | Case No. 14-cv-03767-YGR |
| Petitioner, | |
| v. | **JUDGMENT** |
| JEFFERY BEARD, et al., | |
| Respondent. | |

For the reasons set forth in this Court's Order Denying the Petition for a Writ of Habeas Corpus; and Denying Certificate of Appealability, judgment is hereby entered in favor of Respondent.

**IT IS SO ORDERED.**

Dated: February 16, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge